UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT GARDNER,<br>　　　　Plaintiff,<br><br>-v-<br><br>MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, and<br>LOU ANNA SIMON,<br>　　　　Defendants. | No. 1:11-cv-00802<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all claims against Defendants, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　March 15, 2013　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge